# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

Case Number: 1:16-CV-1619

Plaintiff:
**Daniel Drabkin**
vs.
Defendant:
**ABC Financial Services, Inc**

For: Mikhail Usher
Usher Law Group

Received by MYERS ATTORNEY'S SERVICE to be served on **ABC Financial Services, Inc, 8320 Arkansas 107, Sherwood, AR 72120**. I, Steve Walden, being duly sworn, depose and say that on the 7 day of April, 2016 at 3:10 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CERTIFICATION OF ARBITRATION ELIGIBILITY, COMPLAINT, VERIFICATION OF COMPLAINT AND CERTIFICATION, EXHIBIT,** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(✓) CORPORATE SERVICE: By Serving Lesha Howard as designated Sзgиен.

( ) OTHER SERVICE: See Comments Below:
( ) NON SERVICE: See Comments Below:
Service Was Completed At: _____

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on 4-8-16 by the affiant who is personally known to me.

NOTARY PUBLIC

(Notary seal: MARRISSA MCKINNEY, COMM. EXP. 1-27-2025, No. 12402652, PULASKI COUNTY, NOTARY PUBLIC ARKANSAS)

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
300 Spring Building
300 Spring Street, Suite 715
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2016002961

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

